## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 11, 2023

Mr. Michael Patrick Abate
Ms. Dana R. Green
Mr. Kevin T. Shook
Mr. Nathan Ellis Siegel
Ms. Natalie Spears

Re: Case No. 22-5734/22-5735/22-5736/22-5737/22-5738, *Nicholas Sandmann v. New York Times Co*
Originating Case No.: 2:20-cv-00023

Dear Counsel,

This is to advise that the court directs you to file a response to the petition for rehearing en banc in the above cases.

Your response(s), not to exceed 3900 words, must be filed not later than the close of business on Monday, **September 25, 2023**.

Please note that no extensions will be granted.

Sincerely yours,

s/Beverly L. Harris
En Banc Coordinator
Direct Dial No. 513-564-7077

cc: Mr. William Richard Adams
Ms. Theresa A. Canaday
Ms. Candra M Connelly
Mr. Robert B. Craig
Mr. Darren W. Ford

Mr. Ryan W. Goellner
Mr. John C. Greiner
Mr. Michael J. Grygiel
Mr. John William Huber
Ms. Meenakshi Krishnan
Mr. Todd VanDerVeer McMurtry
Ms. Jessica Laurin Meek
Mr. Gregory Naron
Ms. Cynthia Neidl
Mr. Jason Patrick Renzelmann
Mr. Jeffrey A. Standen