Nos. 22-5734/5735/5736/5737/5738

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Oct 31, 2023
DEBORAH S. HUNT, Clerk

| | |
|---|---|
| NICHOLAS SANDMANN, </br></br>       Plaintiff-Appellant, </br></br> v. </br></br> NEW YORK TIMES COMPANY (22-5734); CBS NEWS, INCORPORATED, VIACOMCBS, INCORPORATED, AND CBS INTERACTIVE, INCORPORATED (22-5735); ABC NEWS, INC., ABC NEWS INTERACTIVE, INCORPORATED, AND WALT DISNEY COMPANY (22-5736); ROLLING STONE, LLC AND PENSKE MEDIA CORPORATION (22-5737); GANNETT COMPANY, INC. AND GANNETT SATELLITE INFORMATION NETWORK, LLC (22-5738), </br></br>       Defendants-Appellees. | O R D E R |

**BEFORE:**   GRIFFIN, STRANCH, and DAVIS, Circuit Judges.

The court received a petition for rehearing en banc. The original panel has reviewed the petition for rehearing and concludes that the issues raised in the petition were fully considered upon the original submission and decision. The petition then was circulated to the full court. Less than a majority of the judges[*] voted in favor of rehearing en banc.

Therefore, the petition is denied. Judge Griffin would grant rehearing for the reasons stated in his dissent.

ENTERED BY ORDER OF THE COURT

**Deborah S. Hunt, Clerk**

---

[*]Judges Thapar, Bush, and Nalbandian recused themselves from participation in this ruling.