**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: October 31, 2023

Mr. Todd VanDerVeer McMurtry
Hemmer Wessels McMurtry
250 Grandview Drive
Suite 500
Ft. Mitchell, KY 41017

Re: Case No. 22-5734/22-5735/22-5736/22-5737/22-5738, *Nicholas Sandmann v. New York Times Co*
Originating Case No.: 2:20-cv-00023

Dear Mr. McMurtry,

The Court issued the enclosed Order today in these cases.

Sincerely yours,

s/Beverly L. Harris
En Banc Coordinator
Direct Dial No. 513-564-7077

cc: Mr. Michael Patrick Abate
Mr. William Richard Adams
Ms. Theresa A. Canaday
Ms. Candra M Connelly
Mr. Robert B. Craig
Mr. Darren W. Ford
Mr. Ryan W. Goellner
Ms. Dana R. Green
Mr. John C. Greiner
Mr. Michael J. Grygiel
Mr. John William Huber
Ms. Meenakshi Krishnan

Ms. Jessica Laurin Meek
Mr. Gregory Naron
Ms. Cynthia Neidl
Mr. Jason Patrick Renzelmann
Mr. Kevin T. Shook
Mr. Nathan Ellis Siegel
Ms. Natalie Spears
Mr. Jeffrey A. Standen

Enclosure